IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL LEE KEITH,** : | | CIVIL ACTION |
| Petitioner, : | | |
| : | | |
| v. : | | NO.   25-cv-5506 |
| : | | |
| **CHERYL STEBERGER, et al.,** : | | |
| Respondents. : | | |

# O R D E R

AND NOW, this   5th   day of   November  , 2025, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
MIA ROBERTS PEREZ,     J.